# EXHIBIT A

ome (http://www.miami-dadeclerk.com/home.asp)
nline Services (http://www.miami-dadeclerk.com/online_services.asp)
bout Us (http://www.miami-dadeclerk.com/about.asp)
ontact Us (http://www.miami-dadeclerk.com/contact.asp)
y Account (https://www2.miami-dadeclerk.com/PremierServices/login.aspx)



# Miami-Dade County Civil, Family and Probate Courts Online System

◀◀ Back to Results

## ZOILA K ROMERO VS HIALEAH HOSPITAL, INC. ET AL

**Local Case Number:** 2017-002137-CC-21

**Filing Date:** 08/28/2017

**State Case Number:** 132017CC002137000021

**Case Type:** Contract and Indebtedness ($5,001 - $15,000)

**Consolidated Case No.:** N/A

**Judicial Section:** HI01

**Case Status:** OPEN

---

### 👥 Parties                                    Number of Parties: 3 ▬

➡ Export to ▾

| Party Description | Party Name | Attorney Information | Other Attorney (s) |
|---|---|---|---|

| Party Description | Party Name | Attorney Information | Other Attorney (s) |
|---|---|---|---|
| Plaintiff | Romero, Zoila K | ***B#:  (Bar Number)93625***<br>*N:  (Attorney Name)Perera, Jorge F.* | |
| Defendant | Hialeah Hospital, Inc. | | |
| Defendant | HCFS Health Care Financial Services, LLC | | |

## ⚓ Hearing Details

Number of Hearing: 0 **+**

## 🔊 Dockets

Dockets Retrieved: 10 **−**

[➔Export to ▾]

| | Number | Date | Book/Page | Docket Entry | Event Type | Comments |
|---|---|---|---|---|---|---|
| 📄 | 9 | 09/27/2017 | | Motion for Extension of Time | Event | |
| | 8 | 09/26/2017 | | Letter of Correspondence | Event | **BLANK ORDER FOR APPROVAL, ENVPS, CPY OF RELATED FILING.** |
| 📄 | 7 | 09/19/2017 | | Motion for Extension of Time | Event | |
| 📄 | 6 | 09/05/2017 | | Service Returned | Event | |
| 📄 | 5 | 09/01/2017 | | Service Returned | Event | |
| | | 08/30/2017 | | 20 Day Summons Issued | Service | |
| | 4 | 08/30/2017 | | 20 Day Summons Issued | Event | *Parties: Hialeah Hospital Inc.; HCFS Health Care Financial Services LLC* |

| | Number | Date | Book/Page | Docket Entry | Event Type | Comments |
|---|---|---|---|---|---|---|
| | 3 | 08/30/2017 | | Receipt: | Event | RECEIPT#:2570023 AMT PAID:$20.00 ALLOCATION CODE QUANTITY UNIT AMOUNT 2139-SUMMONS ISSUE FEE 2 $10.00 $20.00 TENDER TYPE:VISA CARD TENDER AMT:$70.00 RECEIPT DATE:08/30/2017 REGISTER#:257 CASHIER:MONICA1 |
| | 2 | 08/30/2017 | | Receipt: | Event | RECEIPT#:3570016 AMT PAID:$300.00 NAME:PERERA, JORGE F. PERERA LAW GROUP, P.A. 13903 NW 67TH AVE, STE 330 MIAMI LAKES FL 33014 ALLOCATION CODE QUANTITY UNIT AMOUNT 2100-COUNTY FILING FEE 1 $300.00 $300.00 TENDER TYPE:E-FILING ACH TE |
| 📄 | 1 | 08/29/2017 | | Complaint | Event | $15,000.00 |

◀◀ Back to Results

**Please be advised:**

The Clerk's Office makes every effort to ensure the accuracy of the following information; however it makes no warranties or representations whatsoever regarding the completeness, accuracy, or timeliness of such information and data. Information on this website has been posted with the intent that it be readily available for personal and public non-commercial (educational) use and to provide the public with direct online access to information in the Miami-Dade Clerk's Office information systems. Other than making limited copies of this website's content, you may not reproduce, retransmit, redistribute, upload or post any part of this website, including the contents thereof, in any form or by any means, or store it in any information storage and retrieval system, without prior written permission from the Miami-Dade Clerk's Office.

Filing # 61032526 E-Filed 08/29/2017 12:13:23 PM

IN THE COUNTY COURT IN AND FOR MIAMI-
DADE COUNTY, FLORIDA

CASE NO.:

ZOILA K. ROMERO,

       Plaintiff,

vs.

HIALEAH HOSPITAL, INC., and
HCFS HEALTH CARE FINANCIAL SERVICES, LLC,

       Defendants.

_____/

## COMPLAINT

Plaintiff Zoila K. Romero (hereinafter "Plaintiff") hereby sues Hialeah Hospital, Inc. (hereinafter "HH") and HCFS Health Care Financial Services, LLC (hereinafter "HCFS") (collectively, "Defendants") and alleges as follows:

### INTRODUCTION

1.     This is an action grounded on unlawful collection practices by Defendants pursuant to the Florida Consumer Collection Practices Act ("FCCPA") and the Fair Debt Collection Practices Act ("FDCPA").

2.     Plaintiff seeks damages within this court's jurisdictional requirements as well as reasonable attorneys' fees and costs pursuant to the FCCPA and FDCPA. Plaintiff's actual and statutory damages are between $5,000 and $15,000, exclusive of attorneys' fees and costs.

### PARTIES, JURISDICTION AND VENUE

3.     HH is a hospital conducting business in Miami-Dade County.

4.     HCFS is a collection company that attempts to collect debts from individuals residing in Miami-Dade County.

5.     During the relevant period, Plaintiff resided in Miami-Dade County and was a patient of HH in Miami-Dade County.

6.     Venue is proper in this Court because Defendants transacts business in this District, HH maintains a principal place of business in this District, HH rendered treatment to Plaintiff in Miami-Dade County, Defendants unlawfully attempted to collect a debt from Plaintiff in this District, and the claims arose within the District.

## GENERAL ALLEGATIONS

7.     Defendant is a hospital in Miami-Dade County.

8.     During the relevant period, Plaintiff was employed by Dosa, LLC d/b/a Caribbean Supermarket ("Dosa") in Broward County

9.     During the course of her employment with Dosa, Plaintiff suffered a work-related injury while operating a meat cutter.

10.    In or around March 1, 2016, Plaintiff visited HH in connection with her work-related injuries.

11.    Plaintiff advised HH that her injuries were work-related.

12.    HH admitted Plaintiff to the hospital.

13.    Despite knowing that Plaintiff was being treated for work-related injuries, HH, through an entity by the name of Central Financial Control, proceeded to unlawfully send Plaintiff medical bills for which she was not personally responsible for as a matter of law.

14.    Specifically, Florida Statutes, Section 440 et. seq., expressly prohibits the direct billing of patients who are treated for work-related injuries.

15.     Instead, HH was required to seek payment for Plaintiff's work-related medical bills from Dosa (Plaintiff's employer) and/or Dosa's workers' compensation insurance carrier.

16.     One of the bills sent to Plaintiff, on behalf of HH, is attached as Exhibit "A."

17.     In fact, HH received payments directly from Plaintiff contrary to Florida's workers' compensation statutes.

18.     HCFS engaged in the same misconduct.

19.     HCFS unlawfully sought to collect payments from Plaintiff for hospital bills associated with her work-related injury.

20.     HCFS was prohibited from attempting to collect a work-related debt from Plaintiff pursuant to Florida Statutes, Section 440 et. seq.

21.     One of the bills sent to Plaintiff by HCFS is attached as Exhibit "B."

## COUNT I

## VIOLATIONS OF FCCPA BY HH

22.     Plaintiff re-alleges and incorporates by reference the allegations in paragraphs 1 through 21 of this Complaint as if fully set forth herein.

23.     Plaintiff, as a natural person, is a "consumer" as defined by the FCCPA. *See* Fla. Stat. §559.55(2).

24.     Defendant is a "debt collector" under the FCCPA, which applies to original creditors who are attempting to collect their own debts.

25.     Pursuant to Florida Statutes, Section 440 et. seq., it is prohibited to directly bill patients who are treated for work-related injuries.

26.     During the relevant period, Plaintiff was treated by Defendant for work-related injuries covered by workers' compensation.

27.     By law, Plaintiff was not responsible for any medical bills associated with her work-related injuries.

28.     Despite being on clear notice that Plaintiff's injuries were work-related, Defendant improperly attempted to collect the debt directly from Plaintiff.

29.     HH even accepted several payments directly from Plaintiff for amounts Plaintiff was not legally responsible for.

30.     As a result, Plaintiff suffered both statutory and actual damages.

31.     As prohibited by the FCCPA, Defendant claimed and/or threatened to enforce a debt when defendant knew that the debt was not legitimate as to Plaintiff. *See* Fla. Stat. § 559.72(9).

32.     The FCCPA is generally construed in accordance with the Fair Debt Collection Practices Act ("FDCPA").

33.     Like with the FDCPA, Defendant is strictly liable under the FCCPA for attempting to collect a debt from Plaintiff that Plaintiff was not responsible for. *See LeBlanc v. Unifund CCR Partners*, 601 F. 3d 1185 (11th Cir. 2010).

34.     Plaintiff has retained the undersigned law firm, which has incurred fees and costs representing Plaintiff.

**WHEREFORE,** Plaintiff respectfully requests that the Court:

a.     Enter judgment for Plaintiff against HH;

b.     Award Plaintiff all damages and relief available, including statutory and actual damages;

c.     Award Plaintiff her attorneys' fees and costs;

d.     Award Plaintiff all recoverable interest; and

e.      Award any other relief this Honorable Court deems just and proper.

## COUNT II

## VIOLATIONS OF FDCPA BY HCFS

35.     Plaintiff re-alleges and incorporates by reference the allegations in paragraphs 1 through 21 of this Complaint as if fully set forth herein.

36.     During the relevant period, HCFS was and remains a third party regularly engaged in the business of collecting or attempting to collect consumer debts owed to another person or entity.

37.     As a result, HCFS was and is a debt collector subject to the FDCPA.

38.     As a debt collector, HCFS unlawfully attempted to collect a debt from Plaintiff arising from work-related injuries suffered by Plaintiff. *See* Exhibit "B."

39.     Pursuant to Florida Statutes, Section 440 et. seq., it is prohibited to directly bill patients who are treated for work-related injuries.

40.     Under the FDCPA, HCFS is strictly liable for attempting to collect a debt not owed by Plaintiff. *E.g., Owen v. I.C. Sys., Inc.*, 629 F. 3d 1263 (11th Cir. 2011) (explaining that pursuant to the FDCPA, debt collectors are subject to liability "even when violations are not knowing or intentional.").

41.     Upon information and belief, HCFS accepted several payments directly from Plaintiff for amounts Plaintiff was not legally responsible for.

42.     As a result, Plaintiff suffered both statutory and actual damages.

43.     Plaintiff has retained the undersigned law firm, which has incurred fees and costs representing Plaintiff.

**WHEREFORE,** Plaintiff respectfully requests that the Court:

a.      Enter judgment for Plaintiff against HCFS;

b.      Award Plaintiff all damages and relief available, including statutory and actual

damages;

c.      Award Plaintiff her attorneys' fees and costs;

d.      Award Plaintiff all recoverable interest; and

e.      Award any other relief this Honorable Court deems just and proper.

## JURY TRIAL

Plaintiff hereby requests a trial by jury with respect to all claims so triable.

Dated: August 29, 2017                    Respectfully submitted,

By: */s/ J. Freddy Perera*
J. Freddy Perera, Esq.
Florida Bar No. 93625
freddy@pereralaw.com
**PERERA LAW GROUP, P.A.**
12555 Orange Drive, Suite 268
Davie, Florida 33330
Telephone: 786-485-5232

*Counsel for Plaintiff*

# EXHIBIT "A"



**Central Financial Control**
BOX 830913 (Use mail address below)
Birmingham, AL 35283-0913

Page: 1 of 2



001335
0101

Customer Service 1(800)300-7192
M/T/F 8:00-6:30 W-TH 8:00-8:00 CT

CHANGE SERVICE REQUESTED

September 05, 2016
ZOILA K. ROMERO

| | |
|---|---|
| Facility: | Hialeah Hospital |
| Account Number: | |
| Patient Reference Number: | |
| Date(s) of Service: | 03/01/2016 - 03/01/2016 |
| Hospital Code: | 836 |
| Message ID: | 12 |

#BWNHDKX
#3551480006570023#
ZOILA K. ROMERO

**Account Summary**
CURRENT BALANCE. . . . . . . . . . . . . $827.90

6S2878E.(PC4)

## IMPORTANT INFORMATION

### CREDIT REPORTING NOTICE

The above amount owed has been placed with us for collection and must be paid.  Your payment may be mailed in the enclosed envelope.
To avoid having this debt reported and appearing on your credit report, you need to contact us as soon as possible to make arrangement for payment of this debt.

Please note that the amount owed may increase or decrease depending on any amount that is or is not covered by health insurance or other third party coverage for medical services received from Hialeah Hospital; the same medical services that form the basis of this debt.

This has been sent by a debt collector, Central Financial Control.  This is an attempt to collect a debt by a debt collector and any information obtained will be used for that purpose.

All calls may be monitored or recorded.

Detach and return bottom portion with payment. Please make checks or money orders payable in U.S. funds to CENTRAL FINANCIAL CONTROL and include your account number.

33350*TQ10FOW7R000065

**Changes to Personal Information**

**IMPORTANT! Information Updates**
If your address or insurance information is incorrect, please indicate change(s) below, and mail back in the provided envelope.

All billing disputes must be sent to:
CENTRAL FINANCIAL CONTROL • PO BOX 660873 • DALLAS TX 75286-0873

# EXHIBIT "B"

PROFS Healthcare Financial Services, LLC
PLANTATION BILLING CENTER
PO BOX 459077
SUNRISE FL 33345-9077

**DETACH AND RETURN THIS COUPON WITH THE REVERSE SIDE COMPLETED TO PAY BY CREDIT CARD, TO PROVIDE INSURANCE INFORMATION OR FOR CHANGE OF ADDRESS.**

Credit card charges will appear as "Team Health"

Patient
Name: ZOILA K ROMERO          AMT DUE: $747.60

PHYSICIAN SERVICES RENDERED AT: HIALEAH HOSPITAL

59557350-30-8105
PS ▲ 0 0 2 5 6 5
ZOILA K ROMERO

30
HIALEAH EMERGENCY PHYSICIANS
DEPT: A ☐ B ☐ C ☐ (check one - see reverse)
PO BOX 459077
SUNRISE FL 33345-9077

01800059557350202603041599081057000747 6006

✂          ✂          ↑ *Detach Here* ↑          ✂          ✂

| DATE | INVOICE# | DESCRIPTION | PROVIDER | DEBITS | CREDITS |
|------|----------|-------------|----------|--------|---------|
| 03/01/16 | 164487829 | EMERGENCY DEPT VISIT | JAFFERI MD,GHULAM / ZAMBRANA NP,ARNESTO J | $1,068.00 | |
| 04/27/16 | 164487829 | DISCOUNT ADJUSTMENT | | | $213.60 |
| 07/25/16 | | EDI AUTOMATIC SELF PAY PAYMENT | | | $106.80 |

THIS IS YOUR PHYSICIAN SERVICES BILL AND IS SEPARATE FROM THE HOSPITAL BILL

| ACCOUNT NUMBER: | STATEMENT DATE: 08/01/16 | TOTAL NOW DUE: | $747.60 |
|---|---|---|---|

PLEASE REMIT BALANCE REQUIRED OR VISIT OUR WEBSITE AT WWW.THBILLPAY.COM TO PAY BY CREDIT CARD. BUDGET PLAN MET:106.80 07/21/2016

For Billing Inquiries, call 888-952-6772 on Monday through Friday, from 8am to 8pm and Saturday from 10am to 3pm Eastern Time.
SEND US YOUR INFORMATION OVER THE WEB!
You may now provide insurance information and make credit card payments at http://www.thbillpay.com/
↓ *Detach Here* ↓

# INSURANCE INFORMATION

Insurance Company: _____

Claims Address: _____

Policy Number: _____

Group Number: _____

Insured's Name: _____

Relationship: _____

Medicare Number: _____

Medicaid Number: _____

**Change of Address:**

Please Check Appropriate Box

## CREDIT CARD PAYMENT

☐ MasterCard  ☐ VISA  ☐ [logo]  ☐ DISCOVER

| ACCOUNT NUMBER | |
| --- | --- |
| CARD NUMBER | EXP. DATE |
| SIGNATURE | PAYMENT AMOUNT |
| NAME AS IT APPEARS ON CARD | |

Address: _____

City: _____   State: _____   Zip: _____

## MAILING INSTRUCTIONS

To Send Insurance or Change of Address Information:

If mailing insurance or address information, please use the top coupon and check Department A on Front.

To Send Credit Card Payments:

If paying by credit card, please use the top coupon and check Department B on the front.

## BILLING RIGHTS SUMMARY

Our acceptance of any payment marked with a restrictive legend or otherwise marked "paid in full" will not operate as an accord and satisfaction without our express prior written approval.

If you believe this statement is incorrect, or if you need additional information, contact us in writing or by phone. The billing inquiry number is listed on the front. We must hear from you no later than 60 days after the initial statement. You may telephone us, however doing so will not preserve your rights.

When you contact us, please provide the following information.
• Your name and account number
• Describe the error or problem

Please pay in U.S. Dollars. Checks should be written from a U.S. Bank. If a check is written from a Foreign Bank, add $35.00 for U.S. Bank processing fees or pay by an American Express Money Order.

Team Health will charge a processing fee (added to the balance due on this account) for any check which is returned by the Bank "Non-Sufficient Funds"/"NSF". This fee will cover the expense incurred by Team Health for Bank Fees, extra processing to correct the account balance and additional statement processing.

We are required by applicable federal and state law to maintain the privacy of your health information. Therefore, if you contact us regarding this statement, we will ask you to provide certain information to identify yourself. Please notify us if you want another person to act as your representative regarding this statement or your account. Your representative will also be asked to provide specific identifying information related to you. We will only discuss information regarding your account that is directly relevant to the payment of your account, e.g., providing the account balance, taking insurance information, and setting up budget plans. We will not discuss any health information related to diagnosis or medical treatment with any caller, including you. Since we do not maintain your original medical record, all requests for information in your medical records should be made directly to the treating facility.

| ☐ IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA. |||
|---|---|---|
| ☒ IN THE COUNTY COURT IN AND FOR MIAMI-DADE COUNTY, FLORIDA. |||

| DIVISION<br>☒ CIVIL<br>☐ DISTRICTS<br>☐ OTHER | SUMMONS 20 DAY CORPORATE SERVICE<br>(a) GENERAL FORMS | CASE NUMBER<br>2017-002137-CC-21 |
|---|---|---|
| PLAINTIFF(S)<br>ZOILA K ROMERO | VS. DEFENDANT(S)<br>HIALEAH HOSPITAL, INC., and<br>HCFS HEALTH CARE FINANCIAL<br>SERVICES, LLC | SERVICE<br>8·31·17 @ 10:46am<br>by KMSPS1493 |

THE STATE OF FLORIDA:

To Each Sheriff of the State:

YOU ARE COMMANDED to serve this summons and copy of the complaint or petition in this action on defendant(s): HIALEAH HOSPITAL, INC.

c/o C T CORPORATION SYSTEM

1200 SOUTH PINE ISLAND ROAD

PLANTATION, FL 33324

Each defendant is required to serve written defense to the complaint or petition on Plaintiff's Attorney: J. Freddy Perera, Esq.

whose address is: Perera Law Group, P.A.

12555 Orange Drive, Suite 268

Davie, FL 33330

within 20 days * **Except when suit is brought pursuant to s. 768.28, Florida Statutes, if the State of Florida, one of its agencies, or one of its officials or employees sued in his or her official capacity is a defendant, the time to respond shall be 40 days. When suit is brought pursuant to 768.28, Florida Statutes, the time to respond shall be 30 days."** after service of this summons on that defendant , exclusive of the day of service, and to file the original of the defenses with the Clerk of this Clerk Court either before service on Plaintiff's attorney or immediately thereafter. If a defendant fails to do so, a default will be entered against that defendant for the relief demanded in the complaint or petition.

| HARVEY RUVIN<br>CLERK OF COURTS | BY: | MONICA VALDES<br>DEPUTY CLERK |  |
|---|---|---|---|

### AMERICANS WITH DISABILITIES ACT OF 1990
### ADA NOTICE

**"If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact the Eleventh Judicial Circuit Court's ADA Coordinator, Lawson E. Thomas Courthouse Center, 175 NW 1st Ave., Suite 2702, Miami, FL 33128, Telephone (305) 349-7175; TDD (305) 349-7174, Fax (305) 349-7355 at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing or voice impaired, call 711."**

CLK/CT. 314 Rev. 01/11                                    Clerk's web address: www.miami-dadeclerk.com

Filing # 61250578 E-Filed 09/01/2017 11:58:10 AM

## RETURN OF SERVICE

**State of Florida**              County of Miami-Dade                **County Court**

Case Number: 2017-002137-CC-21

Plaintiff:
**ZOILA K ROMERO**

vs.

Defendant:
**HIALEAH HOSPITAL, INC., AND HCFS HEALTH CARE FINANCIAL SERVICES, LLC**

For:
J. FREDDY PERERA
PERERA LAW GROUP
12555 ORANGE DRIVE
SUITE 268
DAVIE, FL 32301

Received by STATEWIDE PROCESS SERVICE, INC on the 31st day of August, 2017 at 12:16 pm to be served on HCFS HEALTH CARE FINANCIAL SERVICES, LLC C\O CORPORATION SERVICE COMPANY, 1201 HAYS STREET, TALLAHASSEE, FL 32301.

I, JAMES KADY, do hereby affirm that on the **31st day of August, 2017 at 1:15 pm,** I:

served a **CORPORATE, PARTNERSHIP, ASSOCIATION OR GOVERNMENT SERVICE** by delivering a true copy of the **SUMMONS, GENERAL FORMS** with the date and hour of service endorsed thereon by me, to: **LORI DUNLAP** as **CUSTOMER SERVICE SPECIALIST** authorized to accept service, of the within named corporation, at the address of: **1201 HAYS STREET, TALLAHASSEE, FL 32301** on behalf of HCFS HEALTH CARE FINANCIAL SERVICES, LLC, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 57, Sex: F, Race/Skin Color: WHITE, Height: 5'6", Weight: 145, Hair: BLONDE, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.          "Under penalties of perjury, I declare that I have read the foregoing document and that the facts in it are true" F.S. 92.525. NOTARY NOT REQUIRED PURSUANT TO FS 92.525

**JAMES KADY**
65

**STATEWIDE PROCESS SERVICE, INC**
5727 Nw 7th Street
#317
Miami, FL 33126
(786) 512-5440

Our Job Serial Number: KDY-2017029350

Copyright © 1992-2017 Database Services, Inc. - Process Server's Toolbox V7.1i

☐ IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA.
☒ IN THE COUNTY COURT IN AND FOR MIAMI-DADE COUNTY, FLORIDA.

| DIVISION<br>☒ CIVIL<br>☐ DISTRICTS<br>☐ OTHER | SUMMONS 20 DAY CORPORATE SERVICE<br>(a) GENERAL FORMS | CASE NUMBER<br><br>2017-002137-CC-21 |
|---|---|---|
| PLAINTIFF(S)<br><br>ZOILA K ROMERO | VS.  DEFENDANT(S)<br><br>HIALEAH HOSPITAL, INC., and<br>HCFS HEALTH CARE FINANCIAL<br>SERVICES, LLC. | SERVICE |

THE STATE OF FLORIDA:

To Each Sheriff of the State:

**YOU ARE COMMANDED** to serve this summons and copy of the complaint or petition in this
action on defendant(s): HCFS HEALTH CARE FINANCIAL SERVICES, LLC

c/o CORPORATION SERVICE COMPANY

1201 HAYS STREET

TALLAHASEE, FL 32301-2525

Each defendant is required to serve written defense to the complaint or petition on
Plaintiff's Attorney: J. Freddy Perera, Esq.

whose address is: Perera Law Group, P.A.

12555 Orange Drive, Suite 268

Davie, FL 33330

within 20 days * **Except when suit is brought pursuant to s. 768.28, Florida Statutes, if the State of Florida, one of its agencies,**
**or one of its officials or employees sued in his or her official capacity is a defendant, the time to respond shall be 40 days.**
**When suit is brought pursuant to. 768.28, Florida Statutes, the time to respond shall be 30 days."** after service of this summons
on that defendant , exclusive of the day of service, and to file the original of the defenses with the Clerk of this Clerk Court either before
service on Plaintiff's attorney or immediately thereafter. If a defendant fails to do so, a default will be entered against that defendant for
the relief demanded in the complaint or petition.

| HARVEY RUVIN<br>CLERK OF COURTS | BY: _____<br>DEPUTY CLERK | AUG 3 0 2017<br>DATE |
|---|---|---|

CLOCK IN

## AMERICANS WITH DISABILITIES ACT OF 1990
### ADA NOTICE

"If you are a person with a disability who needs any accommodation in order to
participate in this proceeding, you are entitled, at no cost to you, to the provision of certain
assistance. Please contact the Eleventh Judicial Circuit Court's ADA Coordinator, Lawson
E. Thomas Courthouse Center, 175 NW 1st Ave., Suite 2702, Miami, FL 33128, Telephone
(305) 349-7175; TDD (305) 349-7174, Fax (305) 349-7355 at least 7 days before your
scheduled court appearance, or immediately upon receiving this notification if the time
before the scheduled appearance is less than 7 days; if you are hearing or voice impaired,
call 711."

CLK/CT: 314 Rev. 01/11

Clerk's web address: www.miami-dadeclerk.com

Filing # 61309941 E-Filed 09/05/2017 11:36:45 AM

## VERIFIED RETURN OF SERVICE

| State of Florida | County of Miami-Dade | Circuit Court |
|---|---|---|

Case Number: 2017-002137-CC-21

Plaintiff:
**ZOILA K ROMERO**

vs.

Defendant:
**HIALEAH HOSPITAL, INC., and
HCFS HEALTH CARE FINANCIAL
SERVICES, LLC**

For:
Perera Law Group, P.A.
12555 Orange Drive
Suite 268
Davie, FL 33330

Received by STATEWIDE PROCESS SERVICE INC on the 30th day of August, 2017 at 5:09 pm to be served on **HIALEAH HOSPITAL, INC. C/O CT CORPORATION SYSTEM, 1200 SOUTH PINE ISLAND ROAD, PLANTATION, FL 33324**.

I, KIMBERLY URTNOWSKI, do hereby affirm that on the **31st day of August, 2017** at 10:46 am, I:

**Served** the within named corporation by delivering a true copy of the **SUMMONS,PLAINTIFF'S FIRST SET OF INTERROGATORIES , PLAINTIFF'S FIRST REQUEST FOR PRODUCTION, COMPLAINT** with the date and hour of service endorsed thereon by me to **DONNA MOCH** as **SENIOR CORP OPS MANAGER** of CT CORPORATION SYSTEM at 1200 SOUTH PINE ISLAND ROAD, PLANTATION, FL 33324 who is the **Registered Agent** of the within named corporation, after informing said person of the contents of the matter thereof in compliance with FL State Statutes 48.091.

**Description** of Person Served: Age: 50+, Sex: F, Race/Skin Color: WHITE, Height: 5'6, Weight: 135, Hair: BROWN, Glasses: N

I certify that I am over the age of 18, I am not a party to this action and have no interest in the process being served. I am a Special Process Server in good standing and have proper authority in the jurisdiction in which this service was made. Under the penalties of perjury, I declare that I have read the foregoing document and that the facts stated in it are true.Notary Not Required Pursuant To F.S. 92.525(2)

**KIMBERLY URTNOWSKI**
SPS #1493

**STATEWIDE PROCESS SERVICE INC**
5727 NW 7th Street
Suite 317
MIAMI, FL 33126
(786) 512-5440

Our Job Serial Number: OCH-2017001269

Copyright © 1992-2017 Database Services, Inc. - Process Server's Toolbox V7.1i

| ☐ IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA. | | |
|---|---|---|
| ☒ IN THE COUNTY COURT IN AND FOR MIAMI-DADE COUNTY, FLORIDA. | | |

| DIVISION | | CASE NUMBER |
|---|---|---|
| ☒ CIVIL<br>☐ DISTRICTS<br>☐ OTHER | SUMMONS 20 DAY CORPORATE SERVICE<br>(a) GENERAL FORMS | 2017-002137-CC-21 |

| PLAINTIFF(S)<br><br>ZOILA K ROMERO | VS. DEFENDANT(S)<br><br>HIALEAH HOSPITAL, INC., and<br>HCFS HEALTH CARE FINANCIAL<br>SERVICES, LLC | SERVICE |
|---|---|---|

THE STATE OF FLORIDA:

To Each Sheriff of the State:

**YOU ARE COMMANDED** to serve this summons and copy of the complaint or petition in this action on defendant(s): HIALEAH HOSPITAL, INC.

　　　　　c/o C T CORPORATION SYSTEM

　　　　　1200 SOUTH PINE ISLAND ROAD

　　　　　PLANTATION, FL 33324

Each defendant is required to serve written defense to the complaint or petition on
Plaintiff's Attorney: J. Freddy Perera, Esq.

whose address is: Perera Law Group, P.A.

　　　　　12555 Orange Drive, Suite 268

　　　　　Davie, FL 33330

**CLOCK IN**

within 20 days " <u>Except when suit is brought pursuant to s. 768.28, Florida Statutes, if the State of Florida, one of its agencies,</u>
<u>or one of its officials or employees sued in his or her official capacity is a defendant, the time to respond shall be 40 days.</u>
<u>When suit is brought pursuant to 768.28, Florida Statutes, the time to respond shall be 30 days."</u> after service of this summons
on that defendant , exclusive of the day of service, and to file the original of the defenses with the Clerk of this Clerk Court either before
service on Plaintiff's attorney or immediately thereafter. If a defendant fails to do so, a default will be entered against that defendant for
the relief demanded in the complaint or petition.

| HARVEY RUVIN<br>CLERK OF COURTS | BY: _____<br>DEPUTY CLERK | DATE |
|---|---|---|

## AMERICANS WITH DISABILITIES ACT OF 1990
## ADA NOTICE

"**If you are a person with a disability who needs any accommodation in order to
participate in this proceeding, you are entitled, at no cost to you, to the provision of certain
assistance. Please contact the Eleventh Judicial Circuit Court's ADA Coordinator, Lawson
E. Thomas Courthouse Center, 175 NW 1st Ave., Suite 2702, Miami, FL 33128, Telephone
(305) 349-7175; TDD (305) 349-7174, Fax (305) 349-7355 at least 7 days before your
scheduled court appearance, or immediately upon receiving this notification if the time
before the scheduled appearance is less than 7 days; if you are hearing or voice impaired,
call 711.**"

CLK/CT. 314 Rev. 01/11                                                        Clerk's web address: www.miami-dadeclerk.com

**IN THE COUNTY COURT IN AND FOR**
**MIAMI-DADE COUNTY, FLORIDA**

ZOILA K. ROMERO,

        Plaintiff,

                            Case No. 2017-002137-CC-21

v.

HIALEAH HOSPITAL, INC., and
HCFS HEALTH CARE FINANCIAL
SERVICES, LLC

        Defendants.

_____/

## DEFENDANT, HIALEAH HOSPITAL, INC.'S, UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

Defendant, Hialeah Hospital, Inc. (Hialeah), through counsel and under the Florida Rules of Civil procedure, files this Unopposed Motion for an Extension of Time to Respond to Plaintiff's Complaint, and states:

1. On August 31, 2017, plaintiff, Zoila K. Romero (plaintiff), served her complaint and summons on Hialeah. Hialeah's responsive pleading is currently due on September 20, 2017.

2. Undersigned counsel, however, requests additional time to review the file materials, conduct an investigation and confer with her client in order to draft an appropriate responsive pleading. In addition, the extension will allow the parties the time necessary to engage in meaningful and good-faith settlement negotiations in hopes the parties can reach a mutually agreeable resolution without the Court's involvement.

3.      Plaintiff, through counsel, has agreed to allow Hialeah an extension of time through and including October 4, 2017 to respond to the complaint.

WHEREFORE, Defendant, Hialeah Hospital, Inc., respectfully requests this Court grant it an extension through and including October 4, 2017 to respond to plaintiff's complaint, and for such other relief as this Court deems proper.

Date:  September 19, 2017

Respectfully submitted,


*/s Jocelyn C. Smith*
Jocelyn C. Smith, Esq.
Florida Bar No. 0036554
Dayle M. Van Hoose, Esq.
Florida Bar No. 0016277
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.C.
3350 Buschwood Park Drive, Suite 195
Tampa, Florida 33618
Telephone: (813) 440-5328
Facsimile: (866) 466-3140
jsmith@sessions.legal
dvanhoose@sessions.legal

*Attorneys for Defendant,*
*Hialeah Hospital, Inc.*

## <u>CERTIFICATE OF SERVICE</u>

I certify that on this 19thth day of September 2017, a copy of the foregoing was filed electronically.   A true and correct copy of the foregoing was sent via email to plaintiff's counsel as described below.

J. Freddy Perera, Esq.
Perera Law Group, P.A.
12555 Orange Drive, Suite 268
Davie, FL 33330
freddy@pereralaw.com

*/s Jocelyn C. Smith*
Attorney

# IN THE COUNTY COURT OF THE ELEVENTH JUDICIAL CIRCUIT
# IN AND FOR MIAMI-DADE COUNTY, FLORIDA

ZOILA K. ROMERO,

               Plaintiff,

vs.

                                               Case No. 2017-002137-CC-21

HIALEAH HOSPITAL, INC., and HCFS
HEALTH CARE FINANCIAL SERVICES,
LLC,

               Defendants.

_____/

## DEFENDANT, HCFS HEALTH CARE FINANCIAL SERVICES, LLC'S
## MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

Defendant, HCFS Health Care Financial Services, LLC ("HCFS"), by and through its undersigned attorneys and in accordance with the Florida Rules of Civil Procedure, hereby files this, its Motion for Extension of Time to Respond to Complaint, and in support thereof, states as follows:

1.      The undersigned attorneys were just recently retained to represent HCFS in this matter.

2.      The undersigned attorneys require additional time to review the allegations of the Complaint, investigate Plaintiff's claims, confer with their client, and otherwise formulate a proper response to the Complaint.

3.      Accordingly, HCFS respectfully requests that the deadline to respond to the Complaint be extended to October 13, 2017.

4.      This motion is being submitted in good faith and not for purposes of delay. No party will be unduly prejudiced if the requested extension of time is granted.

WHEREFORE, HCFS respectfully requests that this Court enter an order granting this motion, extending the deadline for HCFS to respond to the Complaint to October 13, 2017, and granting HCFS such other and further relief as the Court deems just and proper.

*/s / John P. Gaset*
John P. Gaset, Esq.
Florida Bar No. 98415
**BROAD AND CASSEL LLP**
100 North Tampa Street, Suite 3500
Tampa, FL 33602
Telephone: 813-225-3020
Facsimile: 813-225-3039
jgaset@broadandcassel.com
jlovins@broadandcassel.com

*AND*

Peter R. Goldman, Esq.
Florida Bar No. 860565
**BROAD AND CASSEL LLP**
100 SE 3rd Ave., Suite 2700
Ft. Lauderdale, FL 33394
Telephone: 954-764-7060
Facsimile: 954-713-0976
pgoldman@broadandcassel.com
sbrown@broadandcassel.com

*Attorneys for Defendant HCFS*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 27, 2017, a true and correct copy of the foregoing was e-filed and served to all counsel of record using the Florida Court's e-filing Portal.

*/s / John P. Gaset*
John P. Gaset, Esq.
Florida Bar No. 98415

2