**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION**

ZOILA K. ROMERO,

        Plaintiff,

v.                                          CASE NO. 1:17-cv-23590-FAM

HIALEAH HOSPITAL, INC., and
HCFS HEALTH CARE FINANCIAL
SERVICES, LLC,

        Defendants.

_____/

## JOINT NOTICE OF SETTLEMENT

        In accordance with Local Rule 16.4, the remaining Parties, Zoila K. Romero and HCFS Health Care Financial Services, LLC, hereby notify the Court that they have resolved all claims between them. The Parties are currently in the process of finalizing the terms of their confidential settlement and anticipate filing documents dismissing this case in the coming days. As such, the Parties request that all deadlines be stayed for a period of 20 days while they finalize their settlement. This Joint Notice of Settlement is being filed within two Court days of the parties reaching a settlement.

## CERTIFICATE OF SERVICE

On June 7, 2018, the foregoing was electronically filed with Clerk of Court using the ECF electronic filing system, which automatically serves all counsel of record.

| | |
|---|---|
| */s/ J. Freddy Perera, Esq.* | */s/ John P. Gaset, Esq.* |
| J. Freddy Perera, Esq. | John P. Gaset, Esq. |
| Florida Bar No. 93625 | Florida Bar No. 98415 |
| **PERERA BARNHART** | jgaset@broadandcassel.com |
| 12555 Orange Dr. | **BROAD AND CASSEL LLP** |
| Davie, FL 33330 | 100 North Tampa Street, Suite 3500 |
| Telephone: 786-485-5232 | Tampa, FL 33602 |
| freddy@pererabarnhart.com | Telephone: 813-225-3020 |
| *Counsel for Plaintiff* | Facsimile: 813-225-3039 |
| | *Counsel for Defendant,* |
| | *HCFS Health Care Financial Services, LLC* |